UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

Case No. 25-cr-20420
Hon. Matthew F. Leitman

v.

HAZLEY LEE DOZIER,

Defendant.

______________________________________________________________/

**ORDER GRANTING EMERGENCY MOTION TO EXTEND SURRENDER DATE TO THE BUREAU OF PRISONS (ECF #38)**

Now pending before the Court is Defendant's Emergency Motion to Extend Surrender Date. (*See* Mot. ECF No. 38.) For the reasons stated in the motion, the motion is **GRANTED**. Defendant shall not be required to report to the Bureau of Prisons to begin serving his sentence until January 4, 2027, at 5:00 p.m.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 26, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 26, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126